## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| COOPER INDUSTRIES, LLC, | : | Civil Action No.: 18-13012 (CCC) |
|  | : |  |
| Plaintiff, | : | Hon. Claire C. Cecchi, U.S.D.J. |
|  | : | Hon. James B. Clark, III, U.S.M.J. |
| v. | : |  |
|  | : |  |
| CONTINENTAL CASUALTY COMPANY, | : |  |
| TRANSPORTATION INSURANCE | : | **STIPULATION OF DISMISSAL AS** |
| COMPANY, THE CONTINENTAL | : | **BETWEEN COOPER AND CNA** |
| INSURANCE COMPANY, and LIBERTY | : | **INSURERS** |
| MUTUAL INSURANCE COMPANY, | : |  |
|  | : |  |
| Defendants. | : |  |

**WHEREAS,** this matter having been presented to the Court by Plaintiff Cooper

Industries LLC ("Cooper") and certain defendants in this action, Continental Casualty Company,

Transportation Insurance Company, and The Continental Insurance Company (collectively, the

"CNA Insurers"), for entry of a Stipulation and Order of Dismissal With Prejudice and Without

Costs ("Stipulation and Order") pursuant to Fed. R. Civ. P. 41; and

**WHEREAS**, Cooper and the CNA Insurers have agreed to the form and substance of this

Stipulation and Order; and

**WHEREAS**, Cooper and the CNA Insurers have settled their dispute and now jointly

move the Court to dismiss only the CNA Insurers from this civil action with prejudice, and

without costs to any party to this stipulation; and

**WHEREAS,** Cooper's claims against defendant Liberty Mutual Insurance Company

remain pending.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and

between Cooper and the CNA Insurers having confidentially and amicably resolved all claims

asserted in this matter by Cooper against the CNA Insurers only, Cooper's claims against the

CNA Insurers are hereby dismissed with prejudice and without costs. The parties to this

Stipulation shall bear their own attorneys' fees and costs as to all claims. This Stipulation shall

not apply to any claims Cooper has asserted against Liberty Mutual Insurance Company in this

litigation.


**So Stipulated**

                                   **LOWENSTEIN SANDLER LLP**
Attorneys for Plaintiff Cooper Industries, LLC

Dated:  August 12, 2020           By:  /s/ Michael D. Lichtenstein
                                      Michael D. Lichtenstein, Esq.

                                   **COUGHLIN DUFFY LLP**
Attorneys for Defendants, Continental Casualty Company,
Transportation Insurance Company and The Continental
Insurance Company

Dated:  August 12, 2020           By:  /s/ Karen H. Moriarty
                                    Karen H. Moriarty, Esq.


 **APPROVED AND SO ORDERED** on August ___, 2020


_____
JAMES B. CLARK, III
United States Magistrate Judge