UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| COOPER INDUSTRIES, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY, TRANSPORTATION INSURANCE COMPANY, THE CONTINENTAL INSURANCE COMPANY, and LIBERTY MUTUAL INSURANCE COMPANY,<br><br>　　　　Defendants. | Civil Action No.: 18-13012 (CCC)<br><br>Hon. Claire C. Cecchi, U.S.D.J.<br>Hon. James B. Clark, III, U.S.M.J.<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS BETWEEN COOPER AND LIBERTY MUTUAL** |

Plaintiff Cooper Industries LLC ("Cooper") and Liberty Mutual Insurance Company ("Liberty Mutual"), the remaining parties who have appeared in this action, hereby stipulate to dismissal without prejudice of Cooper's claims against Liberty Mutual in the above-captioned matter (which are all of the remaining claims in this action). *See* Fed. R. Civ. P. 41(a). Cooper and Liberty Mutual agree to bear their own attorneys' fees and costs to date.

　　　　　　　　　　　　　　　　**LOWENSTEIN SANDLER LLP**
　　　　　　　　　　　　　　　　Attorneys for Plaintiff Cooper Industries, LLC

Dated:  November 18, 2020　　　By:  /s/ Michael D. Lichtenstein
　　　　　　　　　　　　　　　　　　　Michael D. Lichtenstein, Esq.

　　　　　　　　　　　　　　　　**POST & SCHELL, P.C.**
　　　　　　　　　　　　　　　　Attorneys for Defendant Liberty Mutual Insurance Company

Dated:  November 18, 2020　　　By:  /s/ John S. Sullivan
　　　　　　　　　　　　　　　　　　　John C. Sullivan, Esq.

APPROVED AND SO ORDERED:

Dated:　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JAMES B. CLARK, III
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge